IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **FRANK BRODERICK,** <br><br> Defendant. | **CRIMINAL CASE** <br><br> **No. 2:25-CR-00039-SCJ** |

### O R D E R

This matter appears before the Court on the Final Report and Recommendation (Doc. No. [25]) issued by the Honorable Anna W. Howard, United States Magistrate Judge to which no objection has been filed. After reviewing the R&R and no clear error having been found, the R&R (Doc. No. [25]) is received with approval and **ADOPTED** as the Order of this Court. Accordingly, Defendant's Motion To Quash Or Dismiss Indictment (Doc. No. [15]) is **DENIED**.

A trial date will be set by separate entry of the Courtroom Deputy Clerk.

**IT IS SO ORDERED** this 8th day of January, 2026.

_____
**HONORABLE STEVE C. JONES**
**United States District Judge**